## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22508-CIV-LENARD/TURNOFF

**ALEX NEUMAN**,

                            Plaintiff,

vs.

**CTRL SYSTEMS, INC**., and
**ROBERT H. ROCHE**, individually,

                            Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 24) ON PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES (D.E. 8)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 24), issued on November 18, 2009, recommending that Plaintiff's Motion to Strike Affirmative Defenses be granted in part and denied in part. Therein, the parties were provided ten (10) days to file objections to the Report. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1.      The Report of the Magistrate Judge (D.E. 24), issued on November 18, 2009 is **ADOPTED**.

2.      Plaintiff's Motion to Strike Affirmative Defenses (D.E. 8), filed on October

19, 2009, is **GRANTED in part and DENIED in part** as follows:

A.     Plaintiff's Motion to Strike Defendants' First, Second and Third

Affirmative Defenses is **DENIED**.

B.     Plaintiff's Motion to Strike Defendants' Fourth and Fifth

Affirmative Defenses is **GRANTED**.

C.     Defendants shall be **GRANTED** leave to amend their First, Fourth

and Fifth Affirmative Defenses in order to correct any errors or

deficiencies contained therein.

     **DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of

December, 2009.

     **JOAN A. LENARD**
     **UNITED STATES DISTRICT JUDGE**